IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

REBECCA FLORIDO,

      Appellant,

v.

Case No.  5D22-1064
LT Case No. 2014-CF-000559

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 20, 2023

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Rebecca Florido, Ocala, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L.
Davenport, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., EDWARDS, and MACIVER, JJ., concur.